UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
EDIS PERDOMO,

          Plaintiff,

v.

DE PALINO RESTAURANT CORP., DEAN
PALIN, ANDREW SILVERMAN, and
SETH LOWENSTEIN,

          Defendants.
-----------------------------------------------------X

Docket No.: 15-CV-09756 (PKC)

STIPULATION OF ARBITRATION *and Order*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-25-16

WHEREAS, Branded Restaurants maintains an Employment Arbitration Policy (the "Policy") which applies to the dispute between Plaintiff and the Defendants.

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all the parties herein, that the above-referenced action shall be stayed pending arbitration in accordance with section 3 of the Federal Arbitration Act.

IT IS ALSO HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all the parties herein, that the Complaint in this action shall be construed as Plaintiff's demand for arbitration which Plaintiff shall mail to Defendants' counsel in addition to a required fee of $25.00 paid via check to Branded Restaurants. Within ten (10) business days of receiving such fee, counsel for Branded Restaurants shall file the demand with an appropriate office of AAA, together with the applicable administrative fee as provided in the AAA's fee schedule.

IT IS ALSO HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all the parties herein that, under Section 25 of the Policy (Expenses), the arbitrator's compensation shall be paid by Branded Restaurants except to the extent specifically set forth therein.

IT IS ALSO HEREBY STIPULATED AND AGREED by and among the undersigned counsel for all the parties herein, that this Court shall retain jurisdiction to enforce any arbitration award issued in this matter, if any is issued.

For purposes of this stipulation, facsimile signatures shall be considered as original signatures.

Dated: February 24, 2016

BRAVERMAN LAW PC
Attorneys for Plaintiff

By _____
Adam Braverman, Esq.
450 Seventh Avenue, Suite 1308
New York, New York 10123
(212) 206-8166

MILMAN LABUDA LAW GROUP, PLLC
Attorneys for Defendants

By _____
Matthew A. Brown, Esq.
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
(516) 328-8899

SO ORDERED:

_____
Honorable P. Kevin Castel, U.S.D.J.
2-24-16

*The action shall be placed on the suspense docket. The action may be restored within 30 days of any arbitration award or February 28, 2017, whichever is earlier. If not so restored, then the action will be dismissed without further notice to any party.* PKC

2