UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
EDIS PERDOMO,

                Plaintiff,                            15-cv-9756 (PKC)

      -against-                                    ORDER

DE PALINO RESTAURANT CORP., DEAN
PALIN, ANDREW SILVERMAN, and SETH
LOWENSTEIN,

                Defendants.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/17

CASTEL, U.S.D.J.

        On February 25, 2016, the Court ordered as follows: "The action shall be placed on the suspense docket. The action may be restored within 30 days of any arbitration award or February 28, 2017, whichever is earlier. If not so restored, then the action will be dismissed without further notice to any party." (Dkt. 14). No application to restore having been made within 30 days of February 28, 2017, the action is dismissed.

SO ORDERED.

                                                                    P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
       May 2, 2017